Argued May 30, affirmed as modified June 11, 1979

In the Matter of the Marriage of
PALUCK, *Appellant,*
*and*
PALUCK, *Respondent.*
(No. 34220, CA 12983)
595 P2d 1296

Thomas C. Tankersley, McMinnville, argued the cause for appellant. With him on the brief was Rutherford and Drabkin, McMinnville.

Elliott B. Cummins, McMinnville, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton, Buttler and Joseph, Judges.

PER CURIAM

**PER CURIAM**

In this case involving a dissolution of a 25-year marriage, the court divided the property, awarded child support to those children of the marriage which were not yet emancipated, and awarded spousal support of $300 per month for a period of three years. The wife urges that the award of property to her should be increased and the spousal support should be made permanent. We agree that under *Kitson and Kitson,* 17 Or App 648, 523 P2d 575, *rev den* (1974), the present circumstances of the parties dictate that the spousal support of $300 per month should be permanent.

Affirmed as modified.